# UNITED STATES DISTRICT COURT
for the

WESTERN District of NEW YORK

*FILED NOV - 9 2011 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EUGENE LIBBETT | ) | Case No: 05-CR-6069L |
| | ) | USM No: 14564-055 |
| Date of Original Judgment: March 9, 2007 | ) | |
| Date of Previous Amended Judgment: | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    x  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   November 9, 2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

David G. Larimer - United States District Judge
*Printed name and title*